[Criminal No. 120.]

PHILIP LASHLEY, Appellant, v. THE UNITED STATES OF AMERICA, Respondent.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. J. D. Bethune, Judge.

Charles Blenman, for Appellant.

Alfred Franklin, Assistant United States Attorney, for Respondent.

February 24, 1897. Affirmed.

---

[Criminal No. 121.]

JOHN HAYDEN èt al., Appellants, v. THE TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the First Judicial District in and for the County of Pima. O. T. Rouse, Judge.

Charles Blenman, for Appellants.

J. F. Wilson, Attorney-General, and William M. Lovell, for Respondent.

February 24, 1897. Affirmed.

---

[Civil No. 561.]

GEORGE HARVEY, Appellant, v. ARCHIE PRIEST, Appellee.

APPEAL from the District Court of the Third Judicial District in and for the County of Yuma. A. C. Baker, Judge.

Samuel Purdy, and Murat Masterson, for Appellant.

C. L. Brown, N. O. Hudson, and Fitch & Campbell, for Appellee.

February 25, 1897. Affirmed.